# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN J. GARZA and NANCY J. GARZA,<br><br>  Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE/AMERICAN STATES PREFERRED INSURANCE COMPANY<br><br>  Defendants. | Case No. 1:25-cv-00834-KES-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 6)<br><br>**OCTOBER 27, 2025 DEADLINE** |

On October 3, 2025, Defendant American States Preferred Insurance Company filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed as soon as possible. (ECF No. 6.) Accordingly, pursuant to the notice, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Plaintiffs shall file dispositional documents **no later than October 27, 2025**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:  **October 6, 2025**

STANLEY A. BOONE  
United States Magistrate Judge